# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0907
LT Case No. 2020-DR-5837-FM

_____

NATALIA JOLIET BEIGER a/k/a
NATALIA JOLIET CORBIE ,

    Appellant,

    v.

ANTHONY JOSEPH BEIGER,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James E. Kallaher, Judge.

Natalia Joliet Beiger a/k/a Natalia Joliet Corbie, Jacksonville,
pro se.

No Appearance for Appellee.

February 27, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____